**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00028-CV

**CYNTHIA PAROSKI D/B/A DFW VIP POOLS, Appellant**

**V.**

**STAVICK2 INC. D/B/A TROPIX, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-00206-2011**

## ORDER

We **DENY** as premature appellant's February 6, 2013 motion for an extension of time to file a brief. Appellant's brief will be due within thirty days after the later of: (1) the date the clerk's record is filed; or (2) the date the reporter's record is filed. *See* TEX. R. APP. P.38.6(a).

/s/ CAROLYN WRIGHT
CHIEF JUSTICE